# Court of Appeals
# of the State of Georgia

ATLANTA,  June 01, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0946.  BROWN v. THE STATE.**

Dexter Bernard Brown, acting pro se, filed an appeal in the captioned criminal case, which was docketed in this Court on December 13, 2017.

Brown filed a motion on April 11, 2018 seeking an order from this Court permitting "the withdrawal of this appeal without prejudice."  The motion states that Brown is aware that, if the appeal proceeds, any ruling by this Court (or the Supreme Court) would be binding, and that "Brown wishes to pursue other available avenues for redress before petitioning this Court to review any disputed rulings or facts of law as the case may be."  Brown's April 11, 2018 motion to withdraw the appeal "without prejudice" is DENIED.

As a pro se appellant in the captioned criminal case, Brown was provided with a docketing notice from this Court informing him that the appeal in this case was docketed in this Court on December 13, 2017, and that the appellant's brief, including enumeration of errors, was due to be filed within 20 days of docketing – no later than January 2, 2018.  Court of Appeals Rule 23 (a).  Because Brown did not timely file an appellant brief and enumeration of errors by January 2, 2018, nor did Brown obtain an extension of time for filing, the appeal in the captioned case is DISMISSED. *Whittle v. State*, 210 Ga. App. 841 (437 SE2d 842) (1993); Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* ___06/01/2018_____
       I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*